1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>                                    Petitioner,<br><br>        v.<br><br>THOMAS GLENN, aka THOMAS CASTILLO, aka THOMAS GLENN CASTILLO, an individual,<br><br>                                    Respondent. | No.: _____<br><br>AMAZON.COM, INC.'S PETITION TO CONFIRM ARBITRATION AWARD<br><br>NOTE ON MOTION CALENDAR: OCTOBER 12, 2018 |

Petitioner Amazon.com, Inc. ("Amazon" or "Petitioner"), by and through its attorneys,

K&L Gates LLP, for its Petition to Confirm Arbitration Award against Respondent Thomas

Glenn, aka Thomas Castillo, aka Thomas Glenn Castillo ("Thomas Glenn," "Glenn," or

"Respondent"), alleges as follows:

**PRELIMINARY STATEMENT**

1.      This is an unfair competition/false advertising action involving violation of

Section 43 of the Lanham Act, 15 U.S.C. § 1125(a), as well as violation of the Washington

Consumer Protection Act, RCW 19.86.020, which similarly prohibits unfair methods of

competition and unfair or deceptive acts or practices in the conduct of any trade or commerce.

Respondent, as a registered Amazon author and publisher, and as the owner, operator or

responsible party for the website www.freebookservice.com ("Freebookservice"), engaged in

PETITION TO CONFIRM
ARBITRATION AWARD - 1
Case No. _____
501796986 v1

an extensive and concerted effort to mislead Amazon's customers and to manipulate Amazon best seller lists.

2.     Petitioner seeks an order from this Court pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, confirming the American Arbitration Association ("AAA") arbitration award dated July 27, 2018, rendered in an arbitration before Katherine Hendricks, Arbitrator, and entry of judgment thereon pursuant to 9 U.S.C. § 13.

## THE PARTIES

3.     Amazon is, and at all times herein mentioned was, a Delaware corporation with its principal place of business in Seattle, Washington.

4.     Each day, millions of consumers use Amazon's website to assist with their purchasing decisions.  In order to make those decisions more informed, Amazon provides Amazon Best Sellers ("Best Sellers"), best-seller lists of all the products in the Amazon marketplace, including general merchandise, physical books and the e-books sold in the Kindle Store.  The Kindle Store is home to hundreds of thousands of authors and millions of e-books.  One segment of books available in the Kindle Store are books self-published on Amazon's Kindle Direct Publishing (KDP) service and sold by Amazon Digital Services LLC and other Amazon affiliates on various Amazon websites.   Amazon takes the protection of its Best Sellers very seriously.

5.     Respondent Thomas Glenn is an individual who resides in the Dominican Republic.

6.     On one or more occasions, Respondent enrolled as a customer, seller, or author/publisher at Amazon.com.

7.     Using the website Freebookservice, Respondent created and/or used a system that manipulates seller rankings of e-books published through KDP.  Respondent used this system to profit from the manipulation and deceive Amazon customers about the veracity of Amazon Best Sellers.

PETITION TO CONFIRM
ARBITRATION AWARD - 2
Case No. _____
501796986 v1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over the subject matter of this Petition pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, as this is a civil action arising under the Trademark Laws of the United States.  This Court also has supplemental jurisdiction over the underlying state law claim pursuant to 28 U.S.C. § 1367 as it is sufficiently related, stemming from the same underlying acts, to form part of the same case or controversy.  This Court also has original jurisdiction over this matter pursuant to the 28 U.S.C. § 1332, due to the diversity in the citizenship of the parties.

9.      Court has personal jurisdiction over Respondents pursuant to 9 U.S.C. § 9, as the Award was made in Seattle, Washington, and because Respondents will be duly notified and served with this action via certified mail.

10.      Respondent consented to the laws of the Federal Arbitration Act and the laws of Washington when he agreed to the Kindle Direct Publishing Terms and Conditions Services (the "Terms and Conditions"), attached as Ex. 1, which contain a choice of law clause in Section 10.2.

11.      Venue is proper under 28 U.S.C. §1391(b)(2) and 9 U.S.C. § 204 because the Award giving rise to this Petition was ordered in Seattle, Washington.

## RESPONDENT'S AGREEMENTS

12.      The Terms and Conditions contain a mandatory arbitration clause.  Ex. 1, §10.1.  The Terms and Conditions states that arbitration will be conducted by the AAA under AAA rules.

13.      Respondent Thomas Glenn established and operated Amazon account ID 382565051 in 2013 or earlier.  Account information follows:

|  |  |
|---|---|
| Email: | lesoleebay@gmail.com |
| Addresses: | 3861 Skycrest Dr. |
|  | Jacksonville, Florida 32246 |

PETITION TO CONFIRM
ARBITRATION AWARD - 3
Case No. _____
501796986 v1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

8401 NW 90th Street, Suite DO51-3791
Medley, Florida 33166-2190

8346 NW 68th Street
Miami, Florida 33166-2655

8213 NW 66th Street
DO LAP-6025
Miami, Florida 33166-2721

14.     As the owner of account 382565051 and a KDP user, Respondent accepted the Terms and Conditions.  The KDP Terms and Conditions incorporate Amazon's Community Guidelines.  Ex. 2.  The Community Guidelines bar illegal activity, including content such as "fraudulent goods, services, schemes, or promotions."  Ex. 2 at 4 ("Illegal Activity").

15.     Upon opening his Amazon account, Respondent also agreed to the Conditions of Use, attached as Ex. 3.  In agreeing to the Conditions of Use, Respondent agreed to receive all communications from Amazon electronically.  Ex. 3 at 1.

16.     The Conditions of Use prohibit the manipulation of Best Sellers by use of improper mass e-mailings and the creation of false Amazon accounts.  Barred conduct includes posting content that contains "commercial solicitation, chain letters, mass mailings, or any form of 'spam' or unsolicited commercial electronic messages."  Ex. 3 at 3-4.

17.     The Conditions of Use also prohibit the misleading of Amazon customers through misleading content, stating that users "may not use a false e-mail address, impersonate any person or entity, or otherwise mislead as to the origin of a card or other content."  The Conditions of Use also state that "No Amazon Service, nor any part of any Amazon Service, may be … exploited for any commercial purpose without express written consent of Amazon."  Ex. 3 at 3.

18.     By agreeing to the Terms and Conditions, Respondent agreed to arbitrate any dispute with Amazon.  Ex. 1, § 10.1.

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

19.     AAA Rule R-52(c) provides a basis for enforcement of any arbitration award in this district:

> *Parties to arbitration under these rules shall be deemed to have consented that judgment upon the arbitration award may be entered in any federal or state court having jurisdiction thereof.*

## PRE-HEARING FACTS

20.     Amazon initiated this arbitration proceeding by filing a Demand for Arbitration on September 6, 2017, and paying the associated fee.  The AAA opened the arbitration matter as Case No. 01-17-0005-3165.

21.     Respondent was served by first-class mail and email at the addresses listed in his Amazon accounts:

> Thomas Glenn
> 3861 Skycrest Drive
> Jacksonville, Florida 32246
> lesoleebay@gmail.com

Because additional email addresses were known to Amazon, Amazon also served the demand at:

> freebookservice@gmail.com
> tomglenn1985@gmail.com
> safeandlocal@gmail.com

22.     Emails sent to the above email addresses ("Respondent Emails") did not bounce back to the sender, and the first-class mail was not returned as undeliverable. Respondent agreed to receive all written communications via email pursuant to the Conditions of Use.  Ex. 3.  The governing rules for this proceeding, the AAA Commercial Rules and Mediation Procedures, allow for email service.  AAA Rule R-43, Serving of Notice and Communications.

23.     Petitioner served all filings and disclosures to the AAA and Respondent via all known available email addresses, though it was only required to serve tolesoleebay@gmail.com.

PETITION TO CONFIRM
ARBITRATION AWARD - 5
Case No. _____
501796986 v1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24.    On December 1, 2017, the AAA appointed Arbitrator Katherine Hendricks to hear Case No. 01-17-0005-3165.

25.    On January 3, 2018, counsel for Amazon participated in a telephonic preliminary hearing before Arbitrator Hendricks.  Respondent received notice of the hearing at the Skycrest address and at Respondent's emails via a letter dated December 15, 2017, from AAA, but Respondent did not appear.

26.    On January 17, 2018, counsel for Amazon requested by motion that the AAA tribunal serve third-party Summons to Testify and Present Documentary Evidence to Moniker Online Services, LLC, Google LLC, and PayPal, Inc.  The Arbitrator issued the summonses on January 30, 2018.

27.    On March 30, 2018, Petitioner served its preliminary witnesses to the AAA and Respondent.  Respondent served no witness list.

28.    On June 28, 2018, Petitioner updated its witness list to identify specific witnesses from Amazon who would testify at the evidentiary hearing set for July 24, 2018, providing notice to the AAA and Respondent.

29.    On June 29, 2018, Petitioner provided a complete exhibit list with attached exhibits, served on AAA and Respondent, and including materials produced to Amazon pursuant to the third-party summons from Moniker, Google, and PayPal, and including evidence collected by Amazon counsel during its own investigation of Respondent's conduct.  These materials were served on AAA and Respondent.  Respondent provided no exhibit list.

30.    On July 13, 2018, Petitioner provided its pre-hearing brief, supporting exhibits and proposed order to AAA and Respondent.  Respondent served no pre-hearing brief.

31.    In fact, despite continual service via email, Respondent did not answer or in any other manner participate in the Arbitration proceeding.  *See* AAA Commercial Arbitration Tribunal Final Award at 1, attached as Ex. 4.

PETITION TO CONFIRM
ARBITRATION AWARD - 6
Case No. _____
501796986 v1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**THE ARBITRATION HEARING AND FINAL AWARD**

32.     On July 24, 2018, the Arbitrator conducted a hearing in Case No. 01-17-0005-3165 at the AAA offices in Seattle, Washington.  The hearing was made available to Respondent via telephone conference.  Respondent did not appear via the telephone conference.

33.     Amazon witnesses Parthasarathi Dutta Sharma and Marcos Vargas Meza and Amazon counsel David A. Bateman presented evidence at the hearing.  Amazon counsel also provided the Arbitrator with evidence regarding Amazon's legal fees and the arbitration costs.

34.     Arbitrator Hendricks issued a Final Award on July 27, 2018, ordering the following damages:

    a.   $75,000 pursuant to the Lanham Act

    b.   $7,500 in reasonable attorney fees

    c.   $6,800 in arbitration fees and arbitrator expenses

The Final Award stated that Respondent was to pay the total award of $89,300 ("Total Award") within 30 days, or by August 27, 2018.  Ex. 4 at 2.

35.     The Final Award also included an injunction barring Respondent from the following conduct:

    a.   Opening any Amazon account

    b.   Selling products on any Amazon website

    c.   Accessing any Amazon service or system in any way

    d.   Interfering with the Amazon agreements of any Amazon account holder

    e.   Assisting any other person or entity with (a)-(d) above.

36.     As of the filing date of this Petition, Respondent has not paid the Total Award.

37.     The Award has not been vacated under 9 U.S.C. § 10, or modified or corrected under 9 U.S.C. § 11.

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

38.     Pursuant to 9 U.S.C. § 9, Petitioner has brought this action within one year of the Award made on July 27, 2018.

### COUNT ONE

### (Confirmation of Arbitration Award)

39.     Petitioner repeats and realleges paragraphs 1 through 38 as if fully set forth within.

40.     Respondent owned, managed or operated Freebookservice, a third-party marketing website.  Through Freebookservice, Respondent reached out directly to KDP authors and publishers with the offer to artificially inflate their ranking within Best Sellers.  Respondent's website stated that the service can "quickly pull your book from the bottom of the ranks and boost it to the top of the seller charts."  Ex. 5 (web capture from www.freebookservice.com).  Websites such as Freebookservice.com promise authors and publishers a boost in sales or sales rank in exchange for a fee.  To obtain the boost, the website operators use techniques such as the robotic scripts or click farms.

41.      The KDP authors and publishers targeted by Freebookservice have agreed to the KDP Terms and Conditions.  Ex. 1.  The KDP Terms and Conditions incorporate Amazon's Community Guidelines.  Ex. 2.  Through his ownership or control of Freebookservice, Respondent reached KDP authors and publishers and intended to interfere with their agreements with Amazon, and by selling promotion through Freebookservice, actually interfered with KDP authors' or publishers' agreements with Amazon.  Amazon never gave Respondent or Freebookservice consent to exploit Best Sellers in this manner.

42.     At all times, Respondent knew that Amazon's policies prohibited manipulation of sales, sales rankings and Best Seller lists.  Respondent also knew and intended that his activities would lead to an increase in the sales ranking of his buyers at the expense of other KDP authors and publishers.

PETITION TO CONFIRM
ARBITRATION AWARD - 8
Case No. _____
501796986 v1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

43.     According to the records provided by PayPal, during the period from October 2013 to February 2018, Respondent generated total sales revenue from Freebookservice products of $803,377.30.  The result of this intentional manipulative effort is the deception of Amazon's customers, generation of unwarranted sales revenue, and interference with the agreements of KDP authors and publishers.

44.     On July 27, 2018, the Arbitrator issued the Award, wherein the Arbitrator found Respondent Thomas Glenn liable to Petitioner for $75,000 in Lanham Act damages, $7,500 in attorneys' fees and $6,800 in arbitration costs.  Ex. 4.

45.     The Award also enjoins Respondents, their officers, agents, representatives, servants, employees, attorneys, successors, and assigns, and all others in active concert or participation with Respondent from: (a) opening any Amazon account; (b) selling products on any of Amazon websites; (c) accessing any Amazon services or systems in any way, including by ordering or downloading digital content or submitting reviews; (d) interfering with any Amazon account holder's agreements with Amazon; and (e) assisting, aiding or abetting any other person or business entity in engaging or performing any of the activities referred to in (a)-(d).

46.     Respondent has not sought to vacate, modify, or challenge the Final Award.

47.     Petitioner is entitled to confirmation of the Award, along with entry of Judgment in conformity with the Final Award.

**WHEREFORE**, Petitioner respectfully requests that this Court:

1.     Issue an Order pursuant to 9 U.S.C. § 9 confirming the Award, attached as **Exhibit 4**, issued by Arbitrator Katherine Hendricks on July 27, 2018;

2.     Enter Judgment in favor or Petitioner Amazon against Respondent Thomas Glenn for the sum of $75,000 in Lanham Act damages in accordance with the Final Award;

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1    3.    Award Petitioner attorneys' fees of $7,500 in accordance with the Final

2    Award;

3    4.    Award Petitioner costs of $6,800, in accordance with the Final Award;

4    5.    Issue an Order enjoining Respondent, its officers, agents, representatives,

5    servants, employees, attorneys, successors or assigns from:

6         (a) Opening any Amazon account;

7         (b) Selling any products on any of Amazon's websites;

8         (c) Accessing any Amazon's services or systems in any way, including by

9             ordering or downloading digital content or submitting reviews;

10        (d) Interfering with any Amazon account holder's agreements with Amazon;

11            and

12        (e) Assisting, aiding or abetting any other person or business entity to engage

13            in or to perform any of the activities referred to in subparagraphs (a)

14            through (d); and

15   6.   For such other and further relief as the Court deems proper.

16   DATED this 30th day of August, 2018.

17                                K&L GATES LLP

18                                By   s/ David A. Bateman
                                 By   s/ Raina V. Wagner
19                                   David A. Bateman, WSBA # 14262
                                     Raina V. Wagner, WSBA # 45701
20                                925 Fourth Ave., Suite 2900
                                 Seattle, WA 98104
21                                Phone: (206) 623-7580
                                 Email: david.bateman@klgates.com
22                                     raina.wagner@klgates.com
                                 Attorneys for Petitioner Amazon.com, Inc.
23

24

25

26

1

CERTIFICATE OF ECF FILING AND SERVICE

2

3    I certify that on August 30, 2018, I arranged for electronic filing of the foregoing document,
     with attachments, with the Clerk of the Court using the CM/ECF system, and I hereby certify
     that I have arranged for service to the following non CM/ECF participants as follows:

4

5    by personal service to:

6    Thomas Glenn                          Thomas Glenn
     3861 Skycrest Drive                   8401 NW 90th St.,
7    Jacksonville, FL 32246                Suite DO51-3791
                                           Medley, FL 33166-2190
8

9    Thomas Glenn Castillo                 Tomas Castillo
     8346 NW 68th St.                      8213 NW 66th St
10   Miami, FL 33166-2655                  DO LAP-6025
                                           Miami, FL 33166-2721
11

12
                                           __s/ Raina V. Wagner_____
13                                         Raina V. Wagner
                                           K&L Gates LLP
14                                         925 Fourth Avenue, Suite 2900
                                           Seattle, WA  98104
15                                         Phone:  (206) 623-7580
                                           Fax:  (206) 623-7022
16                                         E-mail:  raina.wagner@klgates.com

17

18

19

20

21

22

23

24

25

26

PETITION TO CONFIRM
ARBITRATION AWARD - 11
Case No. _____
501796986 v1

# EXHIBIT  1

Last Updated:  May 24, 2018

This agreement changed on the date listed above.
See an explanation of the changes at the end of this document.

**Kindle Direct Publishing Terms and Conditions**

This agreement (the "Agreement") is a binding agreement between the individual or the entity identified in your Kindle Direct Publishing ("KDP") account ("you" or "Publisher") and each Amazon party. The "Amazon parties" are, individually, Amazon Digital Services LLC, Amazon Media EU S.à.r.l., Amazon Services International, Inc., Amazon Serviços de Varejo do Brasil Ltda., Amazon Mexico Services, Inc., Amazon Australia Services, Inc., Amazon Asia-Pacific Holdings Private Limited, and each other Amazon affiliate that joins as a party to this Agreement. An Amazon "affiliate" is any entity that directly or indirectly controls, is controlled by, or is under common control with an Amazon party. "Amazon," "we" or "us" means, together, the Amazon parties and their affiliates.

This Agreement provides the terms and conditions of your participation in the KDP digital self-publication and distribution program (the "Program") and your distribution of digital content through the Program (all such content, "Digital Books"), and consists of:
• the terms set forth below;
• the Pricing Page;
• all rules and policies for participating in the Program provided on the KDP website at http://kdp.amazon.com/ and http://kdp.amazon.co.jp/("Program Policies");
• the Amazon.com Conditions of Use; and
• the Amazon.com Privacy Notice.
For individuals located in the European Union only: The Amazon.com Privacy Notice is not part of your Agreement. The version of this notice applicable to you is based on your location and is available for your review here.

Any version of this Agreement in a language other than English is provided for convenience and the English language version will control if there is any conflict. Given the importance of this Agreement, we encourage you to study it carefully. We welcome feedback on this Agreement at http://kdp.amazon.com/ and http://kdp.amazon.co.jp/.

**1 Agreement Acceptance.** You accept this Agreement and agree to be bound by its terms by either (a) clicking agree or accept where you're given the option to do so or (b) by using the Program, or any part of it. If you don't accept the terms, you are not entitled to use the Program. If the Publisher is an entity, the individual person who accepts this Agreement for the Publisher represents and warrants that he or she is entitled to enter this Agreement as an authorized representative of Publisher and to bind Publisher to the terms of this Agreement.

**2 Agreement Amendment.** The Program will change over time and the terms of this Agreement will need to change over time as well. We reserve the right to change the terms of this Agreement at any time in our sole discretion. We will give you notice of the changes by posting new terms in place of the old at http://kdp.amazon.com/ and http://kdp.amazon.co.jp/ with a revision date indicated at the top or by sending an email to the email address then registered for your Program account. Here are the rules for when changes will be effective and binding on you:

**2.1 Changes to Agreement Terms Other than Those in Sections 5.4.1 (Royalties) and 5.5 (Grant of Rights).** Changes to terms of this Agreement other than those contained in Section 5.4.1 (Royalties) and 5.5 (Grant of Rights) will be effective on the date we post them, unless we otherwise provide at the time we post the changes. You are responsible for checking for updates and your continued use of the Program after we post changes will constitute your acceptance of the changes. If you do not agree to the changes, you must withdraw your Digital Books from further distribution through the Program and terminate your use of the Program.

**2.2 Changes to the Terms of Sections 5.4.1 (Royalties) and 5.5 (Grant of Rights).** Changes to terms of this Agreement contained in Sections 5.4.1 (Royalties) and 5.5 (Grant of Rights) will be effective and binding on you on the date 30 days from posting or on the date you accept the changes, whichever first occurs. You accept the changes by either (a) clicking agree or accept where you're given the option to do so or (b) by using the Program to make additional Digital Books available through the Program. Changes to the terms of Sections 5.4.1 and 5.5 will only apply prospectively with respect to Digital Books sold after the date thirty days from our posting of the changes, unless you accept the changes as provided above. If you do not accept the changes, you must withdraw your Digital Books from further distribution through the Program and terminate your use of the Program prior to the date thirty days from our posting of the changes. Note that we may make acceptance of changes a condition to continued use of the Program.

**3 Term and Termination**

The term of this Agreement will begin upon your acceptance of it and will continue until it is terminated by us or by you. We are entitled to terminate this Agreement and your access to your Program account at any time. We will notify you upon termination. You are entitled to terminate at any time by providing us notice of termination, in which event we will cease selling your Digital Books within 5 business days from the date you provide us notice of termination. We may also suspend your Program account at any time with or without notice to you, for any reason in our discretion. Following termination or suspension, we may fulfill any customer orders for your Digital Books pending as of the date of termination or suspension, and we may continue to maintain digital copies of your Digital Books in order to provide continuing access to or re-downloads of your Digital Books or otherwise support customers who have purchased a Digital Book prior to termination or suspension. The following provisions of this Agreement will survive termination of this Agreement: Sections 1, 3, 5.4, 5.5, 5.6, 5.7, 5.8, 6, 7, 8, 9, 10, and any other provisions that, by their nature, are intended to survive. All rights to Digital Books acquired by customers will survive termination.

**4 Account Eligibility and Registration**

**4.1 Eligibility.** You must have an active Program account in order to participate in the Program. You represent that you are at least 18 years old (or the age of majority

where you reside, whichever is older), and that you are able to form a legally binding contract. A parent or guardian of a minor can open a KDP account and be the Publisher of the minor's Digital Book.

**4.2 Account Information; No Multiple Accounts.** You must ensure that all information you provide in connection with establishing your Program account, such as your name, address and email, is accurate when you provided it, and you must keep it up to date as long as you use the Program. You may maintain only one account at a time. If we terminate your account, you will not establish a new account. You will not use false identities or impersonate any other person or use a username or password you are not authorized to use. You authorize us, directly or through third parties, to make any inquiries we consider appropriate to verify account information you provide. You also consent to us sending you emails relating to the Program and other publishing opportunities from time to time.

**4.3 Account Security.** You are solely responsible for safeguarding and maintaining the confidentiality of your account username and password and are responsible for all activities that occur under your account, whether or not you have authorized the activities. You may not permit any third party to use the Program through your account and will not use the account of any third party. You agree to immediately notify Amazon of any unauthorized use of your username, password or account.

**5 Digital Book Distribution Rights.**

**5.1 Delivery, Acceptance and Withdrawal.**

**5.1.1 Delivery.** You must provide to us, at your own expense each Digital Book you desire to distribute through the Program. We will not return to you any electronic files or physical content or media you deliver to us in connection with the Program. You must deliver all electronic files free and clear of viruses, worms and other potentially harmful or disrupting code.

**5.1.2 Content Requirements.** You must ensure that all Digital Book content is in compliance with our Program Policies for content at the time you submit it to us. If you discover that content you have submitted does not comply, you must immediately withdraw the content by un-publishing it or by re-publishing content that complies through the Program procedures for Digital Book withdrawal or re-publishing. We are entitled to remove or modify the metadata and product description you provide for your Digital Books for any reason, including if we determine that it does not comply with our content requirements. We may also remove all or any part of your Digital Book's cover art for any reason, including if we determine that it does not comply with our content requirements. You may not include in any Digital Book any advertisements or other content that is primarily intended to advertise or promote products or services. You must ensure that all metadata you provide to us is current, complete, and accurate. If you discover that any metadata you have provided to us for a Digital Book is inaccurate or incomplete, you must promptly submit corrected metadata to us through the Program procedures for metadata submission.

**5.1.3 Digital Book Rejection.** We are entitled to determine what content we accept and distribute through the Program in our sole discretion. If we request that you provide additional information relating to your Digital Books, such as information confirming that you have all rights required to permit our distribution of the Digital Books, you will promptly provide the information requested, and you represent and warrant that any information and documentation you provide to us in response to such a request will be current, complete, and accurate. You authorize us, directly or through third parties, to make any inquiries we consider appropriate to verify your rights to permit our distribution of the Digital Books and the accuracy of the information or documentation you provide to us with respect to those rights.

**5.1.4 Digital Book Withdrawal.** You may withdraw your Digital Books from further sale in the Program at any time on five business days advance notice by following the then current Program procedures for Digital Book withdrawal or un-publishing. We may fulfill any customer orders completed through the date the Digital Books are available for sale. All withdrawals of Digital Books will apply prospectively only and not with respect to any customers who purchased the Digital Books prior to the date of removal.

**5.1.5 Reformatting.** We may, in our discretion, reformat your Digital Books, and you acknowledge that unintentional errors may occur in the process of reformatting of your Digital Books. If any such errors do occur, you may remove the affected Digital Book from further sale in the Program as provided in Section 5.1.4 above, and this will be your only remedy for the errors. We may also, in our discretion, correct any errors existing in a Digital Book file as you deliver it to us.

**5.2 Marketing and Promotion, Reviews, Lending Kindle Books and Optional Programs and Services.**

**5.2.1 Marketing and Promotion.** We will have sole discretion in determining all marketing and promotions related to the sale of your Digital Books through the Program and may, without limitation, market and promote your Digital Books by making chapters or portions of your Digital Books available to prospective customers without charge, and by permitting prospective customers to see excerpts of your Digital Books in response to search queries. We will not owe you any fees for any marketing or promotional efforts. You acknowledge that we have no obligation to market, distribute, or offer for sale any Digital Book, or to continuing marketing, distributing or selling a Digital Book after we have commenced doing so.

**5.2.2 Reviews.**  You are subject to the same guidelines as any other customer contributing a review to an Amazon website.  We reserve the right to remove any review that violates the [Amazon Community guidelines](Amazon Community guidelines).

**5.2.3 Lending Kindle Books.** The Kindle Book Lending program enables customers who purchase a Digital Book to lend it subject to limitations we establish from time to time. All Digital Books made available through the Program are automatically included in the Kindle Book Lending program. However, for Digital Books that are in the 35% Royalty Option (as described in the [Pricing Page](Pricing Page)), you may choose to opt out of the Kindle Book Lending program. This will disable lending of the Digital Book by customers who purchase it after you have opted it out, but this will not affect the right of customers who purchased it when lending was enabled to continue to lend it. You may not choose to opt out a Digital Book if it is included in the lending program of another sales or distribution channel. If we become aware that a Digital Book you have opted out is included in the lending program of another sales or distribution channel, we may enable it for lending. Digital Books that are in the 70% Royalty Option (as described in the [Pricing Page](Pricing Page)) cannot be opted out of the lending feature.

**5.2.4 Optional Programs and Services.** We may make available to you optional programs and services through KDP. Terms and conditions for those optional programs and services are included at the end of this Agreement. Those terms and conditions are part of this Agreement.

**5.3 Pricing.**

**5.3.1 Providing Your List Price.** The list price you provide to us is referred to in this Agreement as your "List Price." For some marketplaces, you will provide us a List Price inclusive of value added or similar taxes that are included within the customer purchase price of a product ("VAT"). **Where your Royalty is calculated based on your List Price, it will be calculated based on your List Price exclusive of the VAT applicable to the customer.** You may change your List Price through the KDP website, and your change will be effective within 5 business days. The Pricing Page has additional requirements for List Prices that you must comply with.

**5.3.2 Currency Conversion.** We may sell your Digital Book using multiple currencies. When we do, we may convert the List Price you submit to other currencies (each, a "Sale Currency") at an exchange rate we determine. We may periodically update the converted List Price in order to reflect current exchange rates. If the converted List Price would be outside of the minimum or maximum List Price we accept for the Sale Currency, your List Price will be converted so that it is equal to the applicable minimum or maximum List Price for that Sale Currency. Minimum and maximum List Prices are specified here. For purposes of royalty calculations, the converted List Price in the Sale Currency will be your List Price when we offer and sell your Digital Book in the Sale Currency.

**5.3.3 Multiple List Prices.** We may give you the option to provide multiple List Prices for a Digital Book in different currencies or for different Amazon websites. If you provide multiple List Prices for a Digital Book, where we sell your Digital Book to customers in a particular country from more than one Amazon website, we may use one of those List Prices for sales to customers in that country on all of our websites, to provide consistency across those websites. For example, if you provide us with a UK Pounds List Price and a US Dollar List Price for a Digital Book, we may use the UK Pounds List Price for sales to UK customers from all of our websites, including Amazon.com, and we may convert it as provided in 5.3.2 above.

**5.3.4 Customer Prices.** To the extent not prohibited by applicable laws, we have sole and complete discretion to set the retail customer price at which your Digital Books are sold through the Program. We are solely responsible for processing payments, payment collection, requests for refunds and related customer service, and will have sole ownership and control of all data obtained from customers and prospective customers in connection with the Program.

**5.4 Royalties and Payments.**

**5.4.1 Royalties.** If you are not in breach of your obligations under this Agreement, for each Digital Book sold to a customer through the Program, the Amazon party that made the sale (or whose affiliate made the sale) will pay you the applicable Royalty set forth in the Pricing Page, net of refunds, bad debt, and any VAT, sales or other taxes charged to a customer or applied with respect to sales to a customer. If your List Price for a Digital Book is higher than permitted under the Pricing Page, we will be entitled to deem it modified so that it is equal to the maximum List Price permitted when calculating Royalties due to you under this Agreement.

**5.4.2 When We Pay You.** Each Amazon party will pay Royalties due on Digital Book sales approximately 60 days following the end of the calendar month during which the sales were made. At the time of payment, we will make available to you an online report detailing sales of Digital Books and corresponding Royalties.

**5.4.3 Payment Currencies.** If you change your payment currency, the change will be effective on the first day of the following calendar month (unless we make an earlier period available). If we pay you in a currency other than the Sale Currency, we will convert the Royalties due from the Sale Currency to the payment currency at an exchange rate we determine, which will be inclusive of all fees and charges for the conversion.

**5.4.4 Payment Terms for Brazilian Publishers.** If you are a publisher located in Brazil, you must provide us with a Brazilian bank account. Upon providing us with that bank account information, we will pay you Royalties for sales made from amazon.com.br in Brazilian Reais. For sales other than sales from amazon.com.br, you may elect to receive payment in another payment currency. If you fail to provide us with a Brazilian bank account, you will be deemed to have instructed us to convert the Royalties due from sales from amazon.com.br to an alternative payment currency and remit those Royalties to the bank account you have provided to us.

**5.4.5 Payment Policies.** We may require you to provide certain information or to register a valid bank account in your KDP account in order to receive Royalty payments, in which case we will not be obligated to make Royalty payments to you unless you do so. We may establish other payment policies from time to time, such as minimum payment amounts for different payment methods and check fees.

**5.4.6 Payment Disputes.** You may not bring a suit or other legal proceeding against us with regard to any statement unless you bring it within six months after the date the statement is available. Any such proceeding will be limited to a determination of the amount of monies, if any, payable by us to you for the accounting periods in question, and your sole remedy will be the recovery of those monies with no interest.

**5.4.7 Offsets, etc.** We can withhold Royalties and offset them against future payments as indicated below. Our exercise of these rights does not limit other rights we may have to withhold or offset Royalties or exercise other remedies.
• If we pay you a Royalty on a sale and later issue a refund, return, or credit for that sale, we may offset the amount of the Royalty previously paid for the sale against future Royalties, or require you to remit that amount to us.
• If a third party asserts that you did not have all rights required to make one of your Digital Books available through the Program, we may hold all Royalties due to you until we reasonably determine the validity of the third party claim. If we determine that you did not have all of those rights or that you have otherwise breached your representations and warranties or our Content Guidelines with regard to a Digital Book, we will not owe you Royalties for that Digital Book and we may offset any of those Royalties that were previously paid against future Royalties, or require you to remit them to us.
• Upon termination of this Agreement, we may withhold all Royalties due for a period of three months from the date they would otherwise be payable in order to ensure our ability to off-set any refunds or other offsets we are entitled to take against the Royalties.
• If we terminate this Agreement because you have breached your representations and warranties or our Content Guidelines, you forfeit all Royalties not yet paid to you. If after we have terminated your account you open a new account without our express permission, we will not owe you any Royalties through the new account.

**5.4.8 Taxes.** The Amazon parties (or their affiliates) are responsible for collecting and remitting any and all taxes imposed on their respective sales of Digital Books to

customers. You are responsible for any income or other taxes due and payable resulting from payments to you by an Amazon party under this Agreement. Accordingly, unless otherwise stated, the amounts due to you hereunder are inclusive of any taxes that may apply to such payments. The Amazon parties maintain the right, however, to deduct or withhold any and all applicable taxes from amounts due by them to you, and the amounts due, as reduced by those deductions or withholdings, will constitute full payment and settlement to you.

**5.5 Grant of Rights.** You grant to each Amazon party, throughout the term of this Agreement, a nonexclusive, irrevocable, right and license to distribute Digital Books, directly and through third-party distributors, in all digital formats by all digital distribution means available. This right includes, without limitation, the right to: (a) reproduce, index and store Digital Books on one or more computer facilities, and reformat, convert and encode Digital Books; (b) display, market, transmit, distribute, sell and otherwise digitally make available all or any portion of Digital Books through Amazon Properties (as defined below), for customers and prospective customers to download, access, copy and paste, print, annotate and/or view online and offline, including on portable devices; (c) permit customers to "store" Digital Books that they have purchased from us on servers ("Virtual Storage") and to access and re-download such Digital Books from Virtual Storage from time to time both during and after the term of this Agreement; (d) display and distribute (i) your trademarks and logos in the form you provide them to us or within Digital Books (with such modifications as are necessary to optimize their viewing), and (ii) portions of Digital Books, in each case solely for the purposes of marketing, soliciting and selling Digital Books and related Amazon offerings; (e) use, reproduce, adapt, modify, and distribute, as we determine appropriate, in our sole discretion, any metadata that you provide in connection with Digital Books; and (f) transmit, reproduce and otherwise use (or cause the reformatting, transmission, reproduction, and/or other use of) Digital Books as mere technological incidents to and for the limited purpose of technically enabling the foregoing (e.g., caching to enable display). In addition, you agree that we may permit our affiliates and independent contractors, and our affiliates' independent contractors, to exercise the rights that you grant to us in this Agreement. "Amazon Properties" means any web site, application or online point of presence, on any platform, that is owned or operated by or under license by Amazon or co-branded with Amazon, and any web site, application, device or online point of presence through which any Amazon Properties or products available for sale on them are syndicated, offered, merchandised, advertised or described. You grant us the rights set forth in this Section 5.5 on a worldwide basis; however, if we make available to you a procedure for indicating that you do not have worldwide distribution rights to a Digital Book, then the territory for the sale of that Digital Book will be those territories for which you indicate, through the procedure we provide to you, that you have distribution rights.

**5.6 DRM and Geofiltering Technology.** We may, but are not obligated, to provide you the option to apply DRM technology in connection with the distribution of your Digital Books. If we provide you the option to apply DRM technology, you acknowledge that we make no representations as to the efficacy of the DRM and will not be responsible for any failure of the DRM. We also may, but are not obligated, to use geofiltering technology as a way of determining which customers are entitled to purchase Digital Books, for example, where you indicate that you do not have worldwide distribution rights to a Digital Book through the procedure we provide to you for that purpose. If we use geofiltering technology when distributing your Digital Books, distribution will be deemed to have taken place within the permitted distribution territories for the Digital Books, even though customers may, in fact, be located outside those territories.

**5.7 Rights Clearances and Rights Dispute Resolution.** You will obtain and pay for any and all necessary clearances and licenses for the Digital Books to permit our exercise of the rights granted under this Agreement without any further payment obligation by us, including, without limitation, all royalties and other income due to any copyright owner. If you notify us through the procedure we provide on the applicable Amazon Property for making claims of copyright infringement that a third party has made a Digital Book available for distribution through the Program (or for distribution in a particular territory through the Program) that you have the exclusive right to make available under the Program, then, upon your request and after verification of your claim, we will pay you the Royalties due in connection with any sales of the Digital Book through the Program, and will remove the Digital Book from future sale through the Program, as your sole and exclusive remedy.

**5.8 Representations, Warranties and Indemnities.** You represent and warrant that: (a) you have the full right, power and authority to enter into and fully perform this Agreement and will comply with the terms of this Agreement; (b) prior to you or your designee's delivery of any content, you will have obtained all rights that are necessary for the exercise the rights granted under this Agreement; (c) neither the exercise of the rights authorized under this Agreement nor any materials embodied in the content nor its sale or distribution as authorized in this Agreement will violate or infringe upon the intellectual property, proprietary or other rights of any person or entity, including, without limitation, contractual rights, copyrights, trademarks, common law rights, rights of publicity, or privacy, or moral rights, or contain defamatory material or violate any laws or regulations of any jurisdiction; (d) you will ensure that all Digital Books delivered under the Program comply with the technical delivery specifications provided by us; and (e) you will be solely responsible for accounting and paying any co-owners or co-administrators of any Digital Book or portion thereof any royalties with respect to the uses of the content and their respective shares, if any, of any monies payable under this Agreement. To the fullest extent permitted by applicable law, you will indemnify, defend and hold Amazon, its officers, directors, employees, affiliates, subcontractors and assigns harmless from and against any loss, claim, liability, damage, action or cause of action (including reasonable attorneys' fees) that arises from any breach of your representations, warranties or obligations set forth in this Agreement. We will be entitled, at our expense, to participate in the defense and settlement of the claim or action with counsel of our own choosing.

**6 Ownership and Control of Amazon Properties/ Feedback.** Subject to the authorizations you grant to us under this Agreement, as between us and you, you retain all ownership rights in and to the copyrights and all other rights and interest in and to your Digital Books. We retain all ownership rights in and to the copyrights and all other rights and interest in and to the Program, the Amazon Properties, and any materials we use or provide to you for use relating to your Digital Book (such as a generic cover image used for your Digital Book if you do not provide one). We are solely responsible for, and will have full discretion with respect to the terms, features, and operation of the Program and the Amazon Properties and related marketing, but our use of the Digital Books will be subject to the terms of this Agreement. In the event that you elect to provide suggestions, ideas, or other feedback to Amazon or any of its affiliates in connection with the Amazon Properties or the Program ("Feedback"), Amazon and its affiliates will be free to use and exploit the same in any manner without restriction and without any need to compensate you. This Agreement does not grant you any license or other rights to any intellectual property or technology owned or operated by us or any of our affiliates, including, without limitation, any trademarks or trade names. Nothing in this Agreement restricts any rights we may have under applicable law or a separate permission.

**7 Confidentiality.** You will not, without our express, prior written permission: (a) issue any press release or make any other public disclosures regarding this Agreement or its terms; (b) disclose Amazon Confidential Information (as defined below) to any third party or to any employee other than an employee who needs to know the information; or (c) use Amazon Confidential Information for any purpose other than the performance of this Agreement. You may however disclose Amazon Confidential Information as required to comply with applicable law, provided you: (i) give us prior written notice sufficient to allow us to seek a protective order or other appropriate remedy; (ii) disclose only that Amazon Confidential Information as is required by applicable law; and (iii) use reasonable efforts to obtain confidential

treatment for any Amazon Confidential Information so disclosed. "Amazon Confidential Information" means (1) any information regarding Amazon, its affiliates, and their businesses, including, without limitation, information relating to our technology, customers, business plans, promotional and marketing activities, finances and other business affairs, (2) the nature, content and existence of any communications between you and us, and (3) any sales data relating to the sale of Digital Books or other information we provide or make available to you in connection with the Program. Amazon Confidential Information does not include information that (A) is or becomes publicly available without breach of this Agreement, (B) you can show by documentation to have been known to you at the time you receive it from us, (C) you receive from a third party who did not acquire or disclose such information by a wrongful or tortious act, or (D) you can show by documentation that you have independently developed without reference to any Amazon Confidential Information. Without limiting the survivability of any other provision of this Agreement, this Section 7 will survive three years following the termination of this Agreement.

**8 Limitation of Liability.** THE PROGRAM IS PROVIDED "AS IS." WE WILL IN NO EVENT BE LIABLE FOR ANY LOSS OF DATA, LOSS OF PROFITS, COST OF COVER OR OTHER SPECIAL, INCIDENTAL, CONSEQUENTIAL, INDIRECT, EXEMPLARY OR RELIANCE DAMAGES ARISING FROM OR IN RELATION TO THIS AGREEMENT, OR FOR ANY EQUITABLE REMEDY OF DISGORGEMENT OR OTHERWISE, HOWEVER CAUSED AND REGARDLESS OF THEORY OF LIABILITY. IN NO EVENT WILL OUR LIABILITY UNDER THIS AGREEMENT EXCEED THE AMOUNT OF FEES DUE AND PAYABLE BY AMAZON UNDER THIS AGREEMENT FOR THE TWELVE-MONTH PERIOD PRECEDING THE CLAIM. WE SPECIFICALLY DISCLAIM, WITH RESPECT TO ALL SERVICES, SOFTWARE, CONTENT OR PRODUCTS PROVIDED BY OR ON BEHALF OF US IN CONNECTION WITH THIS AGREEMENT, ALL WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. PUBLISHER ACKNOWLEDGES AND AGREES THAT AMAZON CANNOT ENSURE THAT DIGITAL BOOKS SUBMITTED BY OR ON BEHALF OF PUBLISHER WILL BE PROTECTED FROM THEFT OR MISUSE OR THAT CUSTOMERS WILL COMPLY WITH ANY CONTENT USAGE RULES AMAZON MAY MAKE APPLICABLE IN CONNECTION WITH USE OF DIGITAL BOOKS, AND AMAZON WILL HAVE NO LIABILITY ARISING FROM A FAILURE OF ANY SECURITY SYSTEM OR PROCEDURE OR OF ANY CUSTOMER TO COMPLY WITH ANY CONTENT USAGE RULES. KDP RELIES ON COMPLEX SYSTEMS AND PROCESSES.  WE STRIVE TO MAKE OUR SYSTEMS AND PROCESSES ERROR-FREE AND EFFICIENT, BUT WE CANNOT GUARANTEE THAT THEY WILL BE, AND WE WILL HAVE NO LIABILITY ARISING FROM SYSTEM OR PROCESS FAILURES, INTERRUPTIONS, INACCURACIES, ERRORS OR LATENCIES.

**9 Force Majeure.** Amazon will not be liable to you for any failure or delay in the performance of its obligations under this Agreement caused by any event or circumstance beyond its control, including, but not limited to, denial-of-service attacks, insurrection, fires, flood, storm, explosions, acts of God, war, terrorism, and labor conditions.

**10 General Legal Provisions.**

**10.1 Disputes. Any dispute or claim relating in any way to this Agreement or KDP will be resolved by binding arbitration, rather than in court,** except that you may assert claims in small claims court if your claims qualify. The United States Federal Arbitration Act and federal arbitration law apply to this Agreement. **There is no judge or jury in arbitration, and court review of an arbitration award is limited. However, an arbitrator can award on an individual basis the same damages and relief as a court (including injunctive and declaratory relief or statutory damages), and must follow the terms of this Agreement as a court would.** To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to our registered agent Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98051, USA. The arbitration will be conducted by the American Arbitration Association (AAA) under its rules, including the AAA's Supplementary Procedures for Consumer-Related Disputes. The AAA's rules are available at www.adr.org or by calling 1-800-778-7879 (in the United States). Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules. We will reimburse those fees for claims totaling less than $10,000 unless the arbitrator determines the claims are frivolous. Likewise, Amazon will not so seek attorneys' fees and costs in arbitration unless the arbitrator determines the claims are frivolous. You may choose to have the arbitration conducted by telephone, based on written submissions, or in person in the United States county where you live or at another mutually agreed location. **You and we each agree that any dispute resolution proceedings will be conducted only on an individual basis and not in a class, consolidated or representative action.** If for any reason a claim proceeds in court rather than in arbitration **you and we each waive any right to a jury trial.** You or we may bring suit in court on an individual basis only, and not in a class, consolidated or representative action, to apply for injunctive remedies. You may bring any such suit for injunctive remedies only in the courts of the State of Washington, USA.

**10.2 Applicable Law.** The United States Federal Arbitration Act, applicable United States federal law, and the laws of the state of Washington, USA, without regard to principles of conflict of laws, will govern this Agreement and any dispute of any sort that might arise between you and Amazon relating to this Agreement or the Program.

**10.3 Other Legal provisions.** This Agreement may not be amended, except in writing signed by both parties or as provided in Section 2 above. If any provision of this Agreement is held invalid by a court or other tribunal with jurisdiction over the parties to this Agreement, that provision will be deemed to be restated to reflect as nearly as possible the original intentions of the parties in accordance with applicable law, and the remainder of this Agreement will remain in full force and effect. The parties to this Agreement are independent contractors. Each party will bear its own costs and expenses in performing this Agreement. The failure of either party to enforce any provision of this Agreement will not constitute a waiver of the party's rights to subsequently enforce the provision. Any Amazon affiliate may join as a party to this Agreement and will notify you if it does. The joining Amazon affiliate will be entitled to exercise the rights you grant under this Agreement. Each Amazon party is severally liable for its own obligations under this Agreement and is not jointly liable for the obligations of other Amazon parties. Neither party may assign any of its rights or obligations under this Agreement, whether by operation of law or otherwise, without the prior written consent of the other, except that (a) Amazon may assign any of its rights and obligations under this Agreement without consent and (b) you may assign all of your rights and obligations under this Agreement to any corporation or other entity without consent in connection with the sale of all or substantially all of your assets, but you must give Amazon written notice of the assignment no later than ten (10) business days following the assignment. Subject to the foregoing limitation, this Agreement will be binding upon, inure to the benefit of and be enforceable by the parties and their respective successors and assigns. This Agreement constitutes the entire agreement between the parties with respect to its subject matter, supersedes any and all prior or contemporaneous agreements between the parties with respect to its subject matter, and does not confer upon any other person other than the parties any rights or remedies. You consent to the use of electronic means to complete this Agreement and to provide you with any notices we give you in relation to this Agreement. To be effective, any notice given by a party under this Agreement must be in writing and delivered (i) if by an Amazon party, via email, via a

posting on the Program website or via a message through your Program account, or (ii) if by you to Amazon Digital Services LLC, via email to kdp-support@amazon.com with a copy to contracts-legal@amazon.com, and if by you to Amazon Media EU S.à.r.l., via email to eu-kdpcontractnotice@amazon.lu with a copy to eu-contracts@amazon.lu. Notices will be effective and deemed received on the date transmitted or posted.

**Terms and Conditions for Optional Programs and Services**

**Terms and Conditions for KDP Select Program.**

KDP Select is an option for KDP publishers. While enrolled in KDP Select, your Digital Book must be exclusive to us and will be included in Kindle Unlimited and any substantially equivalent Kindle subscription programs ("Kindle Subscription Programs") and the Kindle Owners' Lending Library where it will be eligible to earn a share of a monthly cash fund. Additionally, by including your Digital Book in KDP Select, your Digital Book will be eligible for various other KDP Select Benefits, including enrollment in Kindle Countdown Deals, free promotions, and the ability to earn 70% royalty for sales to customers in territories outlined in the Pricing Page.

**1 Exclusivity.** When you include a Digital Book in KDP Select, you give us the exclusive right to sell and distribute your Digital Book in digital format while your book is in KDP Select. During this period of exclusivity, you cannot sell or distribute, or give anyone else the right to sell or distribute, your Digital Book (or a book that is substantially similar), in digital format in any territory where you have rights.

**2 KDP Select Benefits.**

**2.1 Promotional Pricing Programs.** During each 90-day KDP Select enrollment term, you may run your Digital Book in either a Kindle Countdown Deals or a free promotion.

**2.1(a)  Kindle Countdown Deals.** For additional details, please see the Kindle Countdown Deals page.  Kindle Countdown Deals allow you to promote your Digital Book for a limited period of time at increasing Promotional List Prices.  If you are compliant with this Agreement, for each Digital Book sold to a customer through Kindle Countdown Deals, the Amazon party that made the sale will pay you a Royalty based on the "Promotional List Price" that you provide, as described on the Pricing Page, net of refunds, bad debt, and any VAT, sales or other taxes charged to a customer or applied with respect to sales to a customer.  As with any List Price, to the extent not prohibited by applicable local laws, we have the discretion to set the retail customer price at which your Digital Books are sold.

**2.1(b) Free Promotions.** You can schedule one or more free promotions for your Digital Book for up to a total period of 5 days during each 90-day period your Digital Book is in KDP Select. A free promotion is the offering of your Digital Book to customers for a price of zero. You will not receive any Royalties on your Digital Book during a free promotion. Free promotions may not be available for sales to customers in certain countries. If you don't use all 5 free promotion days during the 90-day period, you can't roll them over to future periods. Scheduled start times and end times of free promotions are approximate due to potential system latencies.

**2.2 Inclusion in Kindle Subscription Programs and the Kindle Owners' Lending Library.** Digital Books included in KDP Select will be automatically included in Kindle Subscription Programs and the Kindle Owners' Lending Library. Find more information about Kindle Subscription Programs here and more information about the Kindle Owners' Lending Library here. Kindle Subscription Programs and the Kindle Owners' Lending Library may not be available on all Amazon websites or to all customers. Your Digital Book will not be available through the Kindle Owners' Lending Library Program during any period when it is available for free in the Kindle store.

For KDP Publishers established in France only: Pursuant to the recommendations of the France Book Mediator regarding ebooks subscription services, KDP publishers based in France must set a price per page for each Digital Book available in the Abonnement Kindle program (the Kindle Unlimited equivalent in France). The price per page you set will not impact your Royalties, you will continue to be paid a share of the fund as described in Section 2.3 below. Please follow the instructions on this page to set a price per page. We have implemented the "mutualization" model among all subscribers residing in France. Please see this page for more details.

**2.3 KDP Select Fund.** We will establish a fund on a monthly basis and you will be eligible to earn a share of that fund for customers reading your Digital Books included in the Kindle Subscription Programs and Kindle Owners' Lending Library Programs. We will allocate portions of the fund to each marketplace where the programs are available and you will earn a share of the monthly fund based on the amount of your content read by customers in each marketplace. These shares are your total Royalty for customer access to your Digital Books through the Kindle Subscription Programs and Kindle Owners' Lending Library Programs. We will set, in our discretion, the criteria for determining how much of your content is read and how to determine the proportionate allocation of the fund. We may publically announce the top Digital Books, including the author, publisher, number of qualified reads and borrows, and KDP Select fund royalties earned.

**2.4 70% Royalty in Brazil, Japan, Mexico, and India.** Digital Books enrolled in KDP Select will be eligible to earn 70% royalty for sales to customers in Brazil, Japan, Mexico, and India. The List Prices you set for Brazil, Japan, Mexico, and India must also meet the 70% List Price requirements for sales to customers in Brazil, Japan, Mexico, and India. If your Digital Book is not enrolled in KDP Select or you do not meet the 70% List Price requirements, you will earn 35% royalty.

**3 Period of Participation and Automatic Renewal.** Once you include a Digital Book in KDP Select, your Digital Book will be in KDP Select for a period of 90 days, unless we remove your Digital Book from KDP Select. **Your Digital Book's participation will automatically renew for additional 90-day periods, unless you opt out through the KDP website before renewal.** We can end KDP Select at any time in our discretion; if we do, these terms and conditions will no longer be in effect, except Section 5 will survive. We may allow a customer who accesses your Digital Book through Kindle Subscription Programs or the Kindle Owners' Lending Library to continue to keep it checked out for as long as they want, including after your Digital Book's participation in KDP Select ends.

**4 Book Eligibility.** Because this option is for exclusive content, if you do not control the exclusive rights to your Digital Book or the primary content in your Digital Book, you cannot include it in KDP Select. For example, if your Digital Book consists primarily of content that is in the public domain or licensed by you on a non-exclusive basis (i.e., if others can also publish this content), you cannot include it in KDP Select. We reserve the right to determine the types of Digital Books that we accept in KDP Select. We can choose not to accept your Digital Book in KDP Select or to remove it from KDP Select at any time in our discretion.

**5 Your Commitment.** Your commitment to these terms and conditions is important, and the benefits we provide to you as part of this option are conditioned on your

following through on your commitments. If you un-publish your Digital Book, we will remove it from the Kindle Subscription Programs and the Kindle Owners' Lending Library, but you must continue to comply with these commitments, including exclusivity, through the remainder of the Digital Book's then-current 90-day period of participation in KDP Select. If you don't comply with these KDP Select terms and conditions, we will not owe you Royalties for that Digital Book for the Kindle Subscription Programs or Kindle Owners' Lending Library Programs, and we may offset any of those Royalties that were previously paid against future Royalties, or require you to remit them to us. We may also withhold your Royalty payments on all your Digital Books for a period of up to 90 days while we investigate. This doesn't limit other remedies we have, such as prohibiting your future participation in KDP Select or KDP generally.

**Terms and Conditions for Kindle MatchBook Program**

You may enroll each Digital Book that you distribute through the Program in Kindle MatchBook, which allows customers who have purchased a new, physical edition of your book from Amazon to obtain a Digital Book edition of the title at a reduced price or for free. Before including your Digital Book in Kindle MatchBook, please read these terms and conditions carefully.

**1 Enrollment**. You may enroll your Digital Book in Kindle MatchBook by providing a Promotional List Price.  Once enrolled, you may opt-out of Kindle MatchBook or modify your Kindle MatchBook Promotional List Price at any time. For additional details, please see the Kindle MatchBook page.

**2 Publisher Payments.**  If you are not in breach of your obligations under this Agreement, for each Digital Book sold to a customer through Kindle MatchBook, the Amazon party that made the sale will pay you a Royalty based on the Promotional List Price, exclusive of VAT, that you provide, as described on in the Pricing Page, net of refunds and bad debt. If you set a Promotional List Price as free, we will not make any payment to you based on sales of that Digital Book.

**3 Customer Prices.** To the extent not prohibited by applicable local laws, we have sole and complete discretion to set the retail customer price at which your Digital Books are sold through the Kindle MatchBook program.

**Terms and Conditions for KDP Pre-Orders**

You may make an eligible Digital Book that meets pre-order requirements available for customer pre-order up to 90 days in advance of that Digital Book's official release date.

**1 Enrollment**. You may make your eligible Digital Book available for pre-order by choosing "pre-order" as your book release option during title set-up. We have established important deadlines for pre-order enrollment to ensure a positive customer experience. If you miss these deadlines, we may suspend your access to pre-order and customer pre-orders may be cancelled. For additional details on pre-order enrollment and requirements, please see the KDP pre-orders page.

**2 Publisher Payments**. Royalties for pre-order sales will be paid approximately 60 days following the end of the calendar month of the Digital Book's actual release date.

**3 Pre-Order Price Guarantee**. Amazon offers customers a Pre-order Price Guarantee for pre-orders on certain Amazon websites that guarantees that a customer is charged the lowest price offered by Amazon between the time the customer places the order and the end of the day of the release date. As a result, if you lower the List Price of a Digital Book while it is available for pre-order, we may charge customers that pre-ordered that Digital Book before the price decrease the lower price. Your Royalty will be based on the actual price we charge customers as a result of our Pre-order Price Guarantee, net of refunds, bad debt, and any VAT, sales or other taxes charged to a customer or applied with respect to sales to a customer.

**Recent Changes to the Agreement**

We updated the Agreement on the date listed at the top of this Agreement. Below is a list of sections we changed. You should carefully review the revised Agreement in its entirety to ensure you understand fully all terms of the revised Agreement.

- We modified the preamble to update references to Amazon's Privacy Notice for individuals located in the EU.
- We modified Section 4.2.

**Pricing Page**

Last Updated:  January 1, 2015

This Pricing Page changed on the date listed above.

You can choose between 2 royalty options for each of your Digital Books, the 35% royalty option and the 70% royalty option, described below.

**1. Royalties**

|  | 35% Royalty Option | 70% Royalty Option |
|---|---|---|
| **A. Available Sales Territories** | If you choose this Royalty option for your Digital Book, it will apply to sales of your Digital Book to customers in any territory. | If you choose this Royalty option for your Digital Book, it will apply to sales of your Digital Book to customers in the following Available Sales Territories: Andorra |

|  |  | Australia<br>Austria<br>Belgium<br>Brazil*<br>Canada<br>France<br>Germany<br>Gibraltar<br>Guernsey<br>India*<br>Ireland<br>Isle of Man<br>Italy<br>Japan*<br>Jersey<br>Liechtenstein<br>Luxembourg<br>Mexico*<br>Monaco<br>The Netherlands<br>New Zealand<br>San Marino<br>Switzerland<br>Spain<br>United Kingdom<br>United States<br>Vatican City<br><br>Your Royalty on sales to customers outside the Available Sales Territories will be as provided under the 35% Royalty Option (i.e., at the 35% Royalty Rate calculated as indicated for that Royalty option). |
| **B. Royalty Rate** | 35% | 70% |
| **i. Royalty Calculation for List Price** | The 35% Royalty Rate times the Digital Book's List Price exclusive of VAT.<br><br>35% Royalty Rate x (List Price – applicable VAT) = Royalty<br><br>See Matching Competitor Prices below for exceptions. | The 70% Royalty Rate times the amount equal to the Digital Book's List Price, exclusive of VAT, less Delivery Costs, for sales to customers in the Available Sales Territories indicated above.<br><br>70% Royalty Rate x (List Price – applicable VAT - Delivery Costs) = Royalty<br><br>See Matching Competitor Prices below for exceptions. |
| **ii. Royalty Calculation for Promotional List Price** | The 35% Royalty Rate times the Digital Book's Promotional List Price, exclusive of VAT, set under the Kindle MatchBook program or the Kindle Countdown Deals program.<br><br>35% Royalty Rate x (Promotional List Price – applicable VAT) = Royalty<br>See Matching Competitor Prices below for exceptions. | The 70% Royalty Rate times the amount equal to the Digital Book's Promotional List Price, exclusive of VAT, less Delivery Costs, for sales to customers in the Available Sales Territories indicated above.<br>If your Digital Book is eligible to earn the 70% Royalty Rate based on sales of the Digital Book at the List Price, the same 70% Royalty Rate will apply in calculating royalties based on sales of your Digital Book at a Promotional List Price set under the Kindle MatchBook program or the Kindle Countdown Deals program.<br><br>70% Royalty Rate x (Promotional List Price – applicable VAT - Delivery Costs) = Royalty<br>See Matching Competitor Prices below for exceptions. |
| **C. Delivery Costs** | Not applicable - we don't deduct Delivery Costs when calculating your Royalties. | Delivery Costs are equal to the number of megabytes we determine your Digital Book file contains, multiplied by the Delivery Cost rate listed below.<br><br>Amazon.com: US $0.15/MB<br>Amazon.in: INR ₹7/MB<br>Amazon.ca: CAD $0.15/MB<br>Amazon.com.br: BRL R$0.30/MB<br>Amazon.co.uk: UK £0.10/MB |

|  |  | Amazon.de: €0,12/MB<br>Amazon.fr: €0,12/MB<br>Amazon.es: €0,12/MB<br>Amazon.it: €0,12/MB<br>Amazon.nl: €0,12/MB<br>Amazon.co.jp: ¥1/MB<br>Amazon.com.mx: MXN $1/MB<br>Amazon.com.au: AUD $0.15/MB<br><br>We will round file sizes up to the nearest kilobyte. The minimum Delivery Cost for a Digital Book will be US$0.01 for sales in US Dollars, INR₹1 for sales in Indian Rupees, CAD$0.01 for sales in CAD Dollars, £0.01 for sales in GB Pounds, ¥1 in JPY, R$0.01 for sales in Brazilian Reais, MXN$1 for sales in Mexican Pesos, AUD$0.01 for sales in Australian Dollars, and €0.01 for sales in Euros, regardless of file size.  For sales in JPY, we will not deduct any Delivery Cost for books 10 MB or greater. |
|---|---|---|
| **D. Matching Competitor Prices** | From time to time your book may be made available through other sales channels as part of a free promotion. It is important that Digital Books made available through the Program have promotions that are on par with free promotions of the same book in another sales channel. Therefore, if your Digital Book is available through another sales channel for free, we may also make it available for free. If we match a free promotion of your Digital Book somewhere else, your Royalty during that promotion will be zero. (Unlike under the 70% Royalty Option, if we match a price for your Digital Book that is above zero, it won't change the calculation of your Royalties indicated in B above.) | If we price-match your Digital Book, your Royalty will be:<br><br>The Royalty Rate indicated above, multiplied by the price at which we sell the Digital Book, less taxes and Delivery Costs, for sales to customers in the Available Sales Territories.<br><br>Royalty Rate x (Amazon price - taxes and Delivery Costs) = Royalty<br><br>By "price-match" we mean where we sell the Digital Book in one or more of the Available Sales Territories at a price (net of taxes) that is below the List Price to match a third party's sales price for any digital or physical edition of the Digital Book, or to match our sales price for any physical edition of the Digital Book, in any one of the Available Sales Territories. |
| **E. Pre-Order Price Guarantee for KDP Pre-Orders** | If you lower the List Price of a Digital Book while it is available for pre-order, we will charge customers that pre-ordered that Digital Book before the price decrease the lower price. Your Royalty will be based on the actual price we charge customers as a result of our Pre-order Price Guarantee, net of refunds, bad debt, and any VAT, sales or other taxes charged to a customer or applied with respect to sales to a customer. | If you lower the List Price of a Digital Book while it is available for pre-order, we will charge customers that pre-ordered that Digital Book before the price decrease the lower price. Your Royalty will be based on the actual price we charge customers as a result of our Pre-order Price Guarantee, net of refunds, bad debt, and any VAT, sales or other taxes charged to a customer or applied with respect to sales to a customer. |

**\*70% Royalty in Brazil, Japan, Mexico, and India.** Digital Books enrolled in KDP Select will be eligible to earn 70% royalty for sales to customers in Brazil, Japan, Mexico, and India. The List Price you set for Brazil, Japan, Mexico, and India must also meet the 70% List Price requirements for sales to customers in Brazil, Japan, Mexico, and India. If your Digital Book is not enrolled in KDP Select or you do not meet the 70% List Price requirements, you will earn 35% royalty.

**2. Royalty Calculation Examples**
**A. 35% Royalty Option.**
**i. Example:**
• U.S. Dollar VAT Inclusive List Price = $0.99.
• We aren't matching a free promotion on another sales channel.

• Your Royalty per sale to a customer whose applicable VAT rate is 0%:
0.35 x ($0.99 - $0.00) = $0.35
Royalty Rate x (List Price – applicable VAT) = Royalty

• Your Royalty per sale to a customer whose applicable VAT rate is 20%:
0.35 x ($0.99 - $0.165) = $0.29
Royalty Rate x (List Price – applicable VAT) = Royalty
Applicable VAT calculation: 20% x $0.825 = $0.165. $0.825 + $0.165 = $0.99

In this example, we deduct $0.165 for taxes, equal to 20% of the tax-exclusive sale price. Effective January 1, 2015, when we sell a Digital Book to an EU customer, the price includes value-added tax at the rate applicable to that customer based on their country of residence. As of January 1, 2015, the UK VAT rate applicable to ebooks is 20%. Tax rates for sales in other countries vary.

**ii. Example:**
• Same as above but we're matching a free promotion on another sales channel.
• Your Royalty is zero.

**B. 70% Royalty Option.**
**i. Example:**

- UK Pounds VAT Inclusive List Price = £1.99.
- UK Delivery Costs = £0.10/MB
- Book's file size is 1 MB
- Applicable VAT in UK is 20%
- We don't price-match your book.

- Your Royalty per sale to a UK customer from Amazon.co.uk is:

0.70 x (£1.99 - £0.33 - £0.10) = £1.09
Royalty Rate x (List Price – applicable VAT - Delivery Costs) = Royalty
Applicable VAT calculation: 20% x £1.66 = £0.33. £1.66 + £0.33 = £1.99

- Your Royalty per sale to a Republic of Ireland customer from Amazon.co.uk is:
- Applicable VAT in IE is 23%

0.70 x (£1.99 - £0.37 - £0.10) = £1.06
Royalty Rate x (List Price – applicable VAT - Delivery Costs) = Royalty
Applicable VAT calculation: 23% x £1.62 = £0.37. £1.62 + £0.37 = £1.99

**ii. Example:**
• Same as above except we price-match your book to a competitor's tax-inclusive price of £1.39.
• Your royalty per sale to a UK customer from Amazon.co.uk is:

0.70 x (£1.39 - £0.23 - £0.10) = £0.74
Royalty Rate x (Amazon price - taxes - Delivery Costs) = Royalty
Applicable VAT calculation: 20% x £1.16 = £0.23. £1.16 + £0.23 = £1.39

**C. 35% Royalty Option for Promotional List Price.**
**i. Example:**

• U.S. Dollar VAT Inclusive List Price = $1.99.
• U.S. Dollar VAT Inclusive Promotional List Price = $0.99.
• We aren't matching a free promotion on another sales channel.

• Your Royalty per sale to a customer whose applicable VAT rate is 0%:
0.35 x ($0.99 - $0.00) = $0.35
Royalty Rate x (List Price – applicable VAT) = Royalty

• Your Royalty per sale to a customer whose applicable VAT rate is 20%:

0.35 x ($0.99 - $0.165) = $0.29
Royalty Rate x (List Price – applicable VAT) = Royalty
Applicable VAT calculation: 20% x $0.825 = $0.165. $0.825 + $0.165 = $0.99

**ii. Example:**
• Same as above but we're matching a free promotion on another sales channel.
• Your Royalty is zero.
**iii. Example:**
• Same as above but book is listed as a Free Book Promotion through KDP Select.
• Your Royalty is zero.
**D. 70% Royalty Option for Promotional List Price.**
**i. Example:**

• U.S. Dollar VAT Inclusive List Price = $5.99.
• U.S. Dollar VAT Inclusive Promotional List Price = $1.99.
• U.S. Delivery Costs = $0.15/MB

• Book's file size is 1 MB
• We aren't matching a free promotion on another sales channel.

• Your Royalty per sale to a customer whose applicable VAT rate is 0%:

0.70 x ($1.99 - $0.00 - $0.15) = $1.29
Royalty Rate x (Promotional List Price – Applicable VAT - Delivery Costs) = Royalty

• Your Royalty per sale to a customer whose applicable VAT rate is 20%:

0.70 x ($1.99 - $0.33 - $0.15) = $1.06
Royalty Rate x (List Price – Applicable VAT - Delivery Costs) = Royalty
Applicable VAT calculation: 20% x $1.66 = $0.33. $1.66 + $0.33 = $1.99.
**ii. Example:**
• Same as above but we're matching a free promotion on another sales channel.
• Your Royalty is zero.
**iii. Example:**
• Same as above but book is listed as a Free Book Promotion through KDP Select.
• Your Royalty is zero.
**3. Changing Your Royalty Options**

If you would like to make changes to your Royalty options, just visit your Bookshelf. It may take up to 48 hours for your change to be effective.

**4. Setting Your List Price**

You must set your Digital Book's List Price (and change it from time-to-time if necessary) so that it is no higher than the list price in any sales channel for any digital or physical edition of the Digital Book.

But if you choose the 70% Royalty Option, you must further set and adjust your List Price so that it is at least 20% below the list price in any sales channel for any physical edition of the Digital Book.

By "list price in any sales channel," we mean the suggested or recommended retail price or, if you sell your book directly to end users, your own sales price, for an edition of the book available outside of our Program.

**5. Additional 70% Royalty Option Terms and Conditions**

i. <u>Book Eligibility</u>: Books that consist primarily of public domain content are not eligible for the 70% Royalty Option.

ii. <u>Distribution Territory</u>: If you select the 70% Royalty Option for a Digital Book, you must make it available to us for distribution in each territory for which you have appropriate distribution rights, and you must comply with any other restrictions or requirements we may provide from time to time for the 70% Royalty Option in the Program Policies.

iii. <u>New Features</u>: Any new feature incorporated into the Program will apply to all Digital Books distributed under the 70% Option even if we make the feature optional for other Digital Books.

iv. <u>Non-Compliance</u>: If at any time your Digital Book does not meet the requirements for the 70% Royalty Option, the Royalty for the Digital Book will be as provided in the 35% Royalty Option and we can adjust previously reported or paid Royalties based on the 35% Royalty Option.

**6. Other Pricing Terms**

i. <u>Minimum and Maximum List Prices</u>: To be accepted in the Program, Digital Books must have List Prices within the range of minimum and maximum List Prices indicated here.
Note that if your Digital Book is eligible for the 70% royalty option, your Digital Book will earn 70% on each sale of the Digital Book at a Promotional List Price set under the Kindle MatchBook program or the Kindle Countdown Deals program regardless of whether the Promotional List Price is within the maximum and minimum list price requirements for the 70% royalty option.

ii. <u>Price Matching Determinations</u> : If you notify us through Contact Us (by selecting the topic Pricing & Royalties – Price Matching) that you believe we have made an error in price-matching your Digital Book, we will review the issue and make best efforts to correct the error, if any, going forward as soon as practicable.

. . . . . . . .

EXHIBIT  2

 NEW & INTERESTING FINDS ON AMAZON    EXPLORE

Try Prime

All ▼

**Echo:** Buy 2, save $30

Deliver to
Phoenix 85001

**Departments** ▾     Your Amazon.com

EN ⊕ ▾

Hello, Sign in
**Account & Lists** ▾    **Orders**    **Try Prime** ▾

0
Cart

## Help & Customer Service

🔍 [ ] Go

‹ All Help Topics

**Your Amazon Community**

Customer Communities

What is the Early Reviewer Program?

Edit Your Profile

Edit Your Public Name

About Public Names

About Badges

Opt Out of Badges

About Customer Communities

**Profile & Community Guidelines**

Participate in Customer Communities

About Discussion Boards

About Promotional Content

Sharing with Followers via Amazon Follow

About Amazon Follow

About Top Contributors

About the Official Contributions Program

**Quick solutions**

 **Your Orders**
Track or cancel orders

 **Returns & Refunds**
Exchange or return items

 **Manage Prime**
Cancel or view benefits

 **Payment Settings**
Add or edit payment methods

 **Carrier Info**
Shipping carrier information

**Account Settings**
Change email or password

[ Contact Us ]

Site Features  ›   Your Amazon Community  ›

# Community Guidelines

Guidelines for Amazon.com Community participation.

Amazon.com wants your voice to be heard! The Amazon Community provides various features for engaging other users and sharing authentic feedback about products and services - positive or negative. These Community Guidelines help you use Community features, including Customer Reviews, Customer Questions & Answers, Amazon Follow, Profile pages, Outfit Compare, Style Check, Spark, Digital and Device Forums, Registries and Lists.

**Note:** These Guidelines do not apply to content included within products or services sold on Amazon, which are subject to separate policies.

We take the integrity of the Community seriously. Any attempt to manipulate Community content or features, including by contributing false, misleading, or inauthentic content, is strictly prohibited. If you violate our Guidelines, we may restrict your ability to use Community features, remove content, delist related products, or suspend or terminate your account. If we determine that an Amazon account has been used to engage in any form of misconduct, remittances and payments may be withheld or permanently forfeited. Misconduct may also violate state and federal laws, including the Federal Trade Commission Act, and can lead to legal action and civil and criminal penalties.

We encourage anyone who suspects that content manipulation is taking place or that our Guidelines are being violated in any way to notify us. We investigate concerns thoroughly and take any appropriate actions.

By accessing or using our Community features, you agree to our Conditions of Use and to abide by these Guidelines as modified from time to time. These Guidelines apply to any content (including text, images, video, and links) you submit to Amazon and actions you take (such as voting on helpfulness or smiling at a post) when using Community features. These Guidelines also apply to your interactions with other members of the Community.

**Note:** Additional guidelines apply to Customer Reviews.

## Eligibility

To contribute to Customer features (for example, Customer Reviews, Customer Answers, Idea Lists) or to follow other contributors, you must have spent at least $50 on Amazon.com using a valid credit or debit card in the past 12 months. Promotional discounts don't qualify towards the $50 minimum. In addition, to contribute to Spark you must also have a paid Prime subscription (free Prime trials do not qualify). You do not need to meet this requirement to read content posted by other contributors or post Customer Questions, or create or modify Profile pages, Shopping Lists, Wish Lists or Registries.

## Be Helpful and Relevant

The Community is intended to provide helpful, relevant content to customers. Content you submit should be relevant and based on your own honest opinions and experience.

- For Community features focused on a specific topic, you should only submit content related to that topic.
- Customer Reviews and Questions and Answers should be about the product. Feedback about the seller, your shipment experience, or packaging can be shared at www.amazon.com/feedback or www.amazon.com/packaging. Comments about pricing, product availability or alternate ordering

options are also not about the product and should not be shared in Customer Reviews or Questions and Answers.

## Respect Others

Amazon values diverse opinions, so you may disagree with some content that you come across. Keep in mind that something that may be disagreeable to you may not violate our Guidelines. In order to maintain a welcoming environment for all users, your participation in the Community must always be respectful of others. In particular:

- Don't post content that is libelous, defamatory, harassing, threatening, or inflammatory. For example, don't use obscenities or profanity, and don't express hatred or intolerance for people on the basis of race, ethnicity, nationality, gender or gender identity, religion, sexual orientation, age, or disability, including by promoting organizations with such views.
- Don't post content that is obscene, pornographic, or lewd, or that contains nudity or sexually explicit images.
- Don't post content that invades others' privacy. For example, don't post other people's phone numbers, email addresses, mailing addresses, or other personal information, and don't post links to phishing or other malware sites.
- Don't impersonate other people or organizations or pretend to be someone or something you're not.
- Don't repeatedly send messages or requests to other people.
- Don't attempt to drown out other people's opinions, including by posting from multiple accounts or coordinating with others.
- Don't engage in name-calling or attack people based on whether you agree with them.
- You may question the beliefs and expertise of others as long as it is relevant and done in a respectful and non-threatening manner.

## Promotions and Commercial Solicitations

In order to preserve the integrity of Community content, content and activities consisting of advertising, promotion, or solicitation (whether direct or indirect) is not allowed, including:

- Creating, modifying, or posting content regarding your (or your relative's, close friend's, business associate's, or employer's) products or services.
- Creating, modifying, or posting content regarding your competitors' products or services.
- Creating, modifying, or posting content in exchange for compensation of any kind (including free or discounted products, refunds, or reimbursements) or on behalf of anyone else.
- Offering compensation or requesting compensation (including free or discounted products) in exchange for creating, modifying, or posting content.
- Posting advertisements or solicitations, including URLs with referrer tags or affiliate codes.

The only exceptions are:

- You may post content requested by Amazon (such as Customer Reviews of products you purchased on Amazon or received through the Vine program, and answers requested through Questions and Answers). In those cases, your content must comply with any additional guidelines specified by Amazon.
- You may post an answer to a question asked through the Questions and Answers feature (but not a question itself) regarding products or services for which you have a financial or close personal connection to the brand, seller, author, or artist, but only if you clearly and conspicuously disclose the connection (for example, "I represent the brand for this product."). We automatically label some answers from sellers or manufacturers, in which case additional disclosure is not necessary.
- You may post content other than Customer Reviews and Questions and Answers regarding products or services for which you have a financial or close personal connection to the brand, seller, author, or artist, but only if you clearly and conspicuously disclose the connection (e.g., "I was paid for this post."). However, no brand or business may participate in the Community in a way (including by advertising, special offers, or any other "call to action") that diverts Amazon customers to another non-Amazon website, service, application, or channel for the purpose of conducting marketing or sales transactions. Content posted through brand, seller, author, or artist accounts regarding their own products or services does not require additional labeling.

Book authors and publishers may continue to provide free or discounted copies of their books to readers, as long as the author or publisher does not require a review in exchange or attempt to influence the review.

For more information and examples, read [About Promotional Content](#).

## Sexual Content

Some products containing sexual content and some sex and sensuality products are permitted to be sold on Amazon, and we encourage users to express their opinions about those products. Some sexual content such as nudity and sexually explicit images or descriptions is restricted because audiences within our Community may be sensitive to that content.

## Infringing Content

Don't post content or interact with other members of the Community in a way that infringes the intellectual property or other proprietary rights of others. Only post your own content or content that you have permission to use.

## Illegal Activity

Don't post content that encourages or supports behavior that is illegal, including violence, fraud, illegal drug use, underage drinking, or child or animal abuse. Examples of prohibited content include:

- Content advocating, threatening, or joking about physical or financial harm to yourself or others, including terrorism.
- Content offering fraudulent goods, services, schemes, or promotions (e.g., make-money-fast schemes, pyramid schemes).
- Content posted intentionally as sarcasm as it relates to self-harm or harm to others.
- Content that encourages or supports the dangerous misuse of a product.

## Additional Guidelines for Customer Reviews

The following guidelines apply to Customer Reviews in addition to the other guidelines given above:

- If your review is removed or rejected because it does not comply with our guidelines concerning promotional content, you may not resubmit a review on the same product, even if the resubmitted review includes different content.
- Reviews may only include URLs or links to other products sold on Amazon.
- Customers in the same household may not post multiple reviews of the same product.
- We may restrict the ability to submit a review when we detect unusual reviewing behavior, or to maintain the best possible shopping experience.
- You may not manipulate the Amazon Verified Purchase badge, such as by offering special pricing to reviewers or reimbursing reviewers.

To learn more about Amazon Verified Purchase views refer to About Amazon Verified Purchase Reviews.

## Reporting Abuse

For some types of content, including Customer Reviews and Customer Answers, you can report possible violations of these Guidelines by clicking the "Report abuse" link near the content and entering the reason you believe it violates these Guidelines. If no "Report abuse" link is available, you may email community-help@amazon.com, specifying the location of the content and the reason you believe it violates these Guidelines. If you receive an offer for compensation of any kind (including free or discounted products, refunds, or reimbursements) in exchange for creating, modifying, or posting content in violation of these Guidelines, forward the offer, including contact information and Amazon listing, to community-help@amazon.com

Was this information helpful?

Yes    No

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

**amazon**

English

United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

AudiobookStand
Discount Audiobooks
on Disc

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates

EXHIBIT  3



NEW & INTERESTING FINDS ON AMAZON   **EXPLORE**

Try Prime

All ▾

**Echo:** Buy 2, save $30

Deliver to
Phoenix 85001

**Departments** ▾   Your Amazon.com

EN ⊕ ▾   Hello, Sign in
**Account & Lists** ▾   **Orders**   **Try Prime** ▾   0 Cart

## Help & Customer Service

🔍   **Go**



‹ All Help Topics

**Legal Policies**

**Conditions of Use**
EU-US Privacy Shield
Amazon.com Privacy Notice
Amazon Group Companies
Supported Browsers
About Identifying Whether an E-
   mail is from Amazon
Report a Security Issue
Supply Chain Standards
Public PGP Key
Non-Exhaustive List of Applicable
   Amazon Patents and Applicable
   Licensed Patents
Non-Exhaustive List of Amazon
   Trademarks
Guidelines: Uploading Your Own
   Content to an electronic
   Amazon.com Gift Card or Other
   Electronic Message
California Supply Chain
   Transparency Act Statement

**Quick solutions**

 **Your Orders**
Track or cancel orders

 **Returns & Refunds**
Exchange or return
items

 **Manage Prime**
Cancel or view
benefits

 **Payment Settings**
Add or edit payment
methods

 **Carrier Info**
Shipping carrier
information

**Account Settings**
Change email or
password

Contact Us

Security & Privacy  ›  Legal Policies ›

# Conditions of Use

Last updated: May 21, 2018

Welcome to Amazon.com. Amazon Services LLC and/or its affiliates ("Amazon") provide website features and other products and services to you when you visit or shop at Amazon.com, use Amazon products or services, use Amazon applications for mobile, or use software provided by Amazon in connection with any of the foregoing (collectively, "Amazon Services"). Amazon provides the Amazon Services subject to the following conditions.

## By using Amazon Services, you agree to these conditions. Please read them carefully.

We offer a wide range of Amazon Services, and sometimes additional terms may apply. When you use an Amazon Service (for example, Your Profile, Gift Cards, Amazon Video, Your Media Library, Amazon devices, or Amazon applications) you also will be subject to the guidelines, terms and agreements applicable to that Amazon Service ("Service Terms"). If these Conditions of Use are inconsistent with the Service Terms, those Service Terms will control.

## PRIVACY

Please review our Privacy Notice, which also governs your use of Amazon Services, to understand our practices.

## ELECTRONIC COMMUNICATIONS

When you use Amazon Services, or send e-mails, text messages, and other communications from your desktop or mobile device to us, you may be communicating with us electronically. You consent to receive communications from us electronically, such as e-mails, texts, mobile push notices, or notices and messages on this site or through the other Amazon Services, such as our Message Center, and you can retain copies of these communications for your records. You agree that all agreements, notices, disclosures, and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## COPYRIGHT

All content included in or made available through any Amazon Service, such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software is the property of Amazon or its content suppliers and protected by United States and international copyright laws. The compilation of all content included in or made available through any Amazon Service is the exclusive property of Amazon and protected by U.S. and international copyright laws.

## TRADEMARKS

Click here to see a non-exhaustive list of Amazon trademarks. In addition, graphics, logos, page headers, button icons, scripts, and service names included in or made available through any Amazon Service are trademarks or trade dress of Amazon in the U.S. and other countries. Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any

manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Amazon. All other trademarks not owned by Amazon that appear in any Amazon Service are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

## PATENTS

One or more patents owned by Amazon apply to the Amazon Services and to the features and services accessible via the Amazon Services. Portions of the Amazon Services operate under license of one or more patents. Click here to see a non-exhaustive list of applicable Amazon patents and applicable licensed patents.

## LICENSE AND ACCESS

Subject to your compliance with these Conditions of Use and any Service Terms, and your payment of any applicable fees, Amazon or its content providers grant you a limited, non-exclusive, non-transferable, non-sublicensable license to access and make personal and non-commercial use of the Amazon Services. This license does not include any resale or commercial use of any Amazon Service, or its contents; any collection and use of any product listings, descriptions, or prices; any derivative use of any Amazon Service or its contents; any downloading, copying, or other use of account information for the benefit of any third party; or any use of data mining, robots, or similar data gathering and extraction tools. All rights not expressly granted to you in these Conditions of Use or any Service Terms are reserved and retained by Amazon or its licensors, suppliers, publishers, rightsholders, or other content providers. No Amazon Service, nor any part of any Amazon Service, may be reproduced, duplicated, copied, sold, resold, visited, or otherwise exploited for any commercial purpose without express written consent of Amazon. You may not frame or utilize framing techniques to enclose any trademark, logo, or other proprietary information (including images, text, page layout, or form) of Amazon without express written consent. You may not use any meta tags or any other "hidden text" utilizing Amazon's name or trademarks without the express written consent of Amazon. You may not misuse the Amazon Services. You may use the Amazon Services only as permitted by law. The licenses granted by Amazon terminate if you do not comply with these Conditions of Use or any Service Terms.

## YOUR ACCOUNT

You may need your own Amazon account to use certain Amazon Services, and you may be required to be logged in to the account and have a valid payment method associated with it. If there is a problem charging your selected payment method, we may charge any other valid payment method associated with your account. Click here to manage your payment options. You are responsible for maintaining the confidentiality of your account and password and for restricting access to your account, and you agree to accept responsibility for all activities that occur under your account or password. Amazon does sell products for children, but it sells them to adults, who can purchase with a credit card or other permitted payment method. If you are under 18, you may use the Amazon Services only with involvement of a parent or guardian. Parents and guardians may create profiles for teenagers in their Amazon Household. Alcohol listings on Amazon are intended for adults. You must be at least 21 years of age to purchase alcohol, or use any site functionality related to alcohol. Amazon reserves the right to refuse service, terminate accounts, terminate your rights to use Amazon Services, remove or edit content, or cancel orders in its sole discretion.

## REVIEWS, COMMENTS, COMMUNICATIONS, AND OTHER CONTENT

You may post reviews, comments, photos, videos, and other content; send e-cards and other communications; and submit suggestions, ideas, comments, questions, or other information, so long as the content is not illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights (including publicity rights), or otherwise injurious to third parties or objectionable, and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam" or unsolicited commercial electronic messages. You may not use a false e-mail address, impersonate any person or entity, or otherwise mislead as to the origin of a card or other content. Amazon reserves the right (but not the obligation) to remove or edit such content, but does not regularly review posted content.

If you do post content or submit material, and unless we indicate otherwise, you grant Amazon a nonexclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to use, reproduce, modify, adapt, publish, perform, translate, create derivative works from, distribute, and display such

content throughout the world in any media. You grant Amazon and sublicensees the right to use the name that you submit in connection with such content, if they choose. You represent and warrant that you own or otherwise control all of the rights to the content that you post; that the content is accurate; that use of the content you supply does not violate this policy and will not cause injury to any person or entity; and that you will indemnify Amazon for all claims resulting from content you supply. Amazon has the right but not the obligation to monitor and edit or remove any activity or content. Amazon takes no responsibility and assumes no liability for any content posted by you or any third party.

## INTELLECTUAL PROPERTY COMPLAINTS

Amazon respects the intellectual property of others. If you believe that your intellectual property rights are being infringed, please follow our Notice and Procedure for Making Claims of Copyright Infringement.

## RISK OF LOSS

All purchases of physical items from Amazon are made pursuant to a shipment contract. This means that the risk of loss and title for such items pass to you upon our delivery to the carrier.

## RETURNS, REFUNDS AND TITLE

Amazon does not take title to returned items until the item arrives at our fulfillment center. At our discretion, a refund may be issued without requiring a return. In this situation, Amazon does not take title to the refunded item. For more information about our returns and refunds, please see our Returns Center .

## PRODUCT DESCRIPTIONS

Amazon attempts to be as accurate as possible. However, Amazon does not warrant that product descriptions or other content of any Amazon Service is accurate, complete, reliable, current, or error-free. If a product offered by Amazon itself is not as described, your sole remedy is to return it in unused condition.

## PRICING

"List Price" means the suggested retail price of a product as provided by a manufacturer, supplier, or seller. We regularly check List Prices against prices recently found on Amazon and other retailers. Certain products may have a "Was Price" displayed, which is determined using recent price history of the product on Amazon.

With respect to items sold by Amazon, we cannot confirm the price of an item until you order. Despite our best efforts, a small number of the items in our catalog may be mispriced. If the correct price of an item sold by Amazon is higher than our stated price, we will, at our discretion, either contact you for instructions before shipping or cancel your order and notify you of such cancellation. Other merchants may follow different policies in the event of a mispriced item.

We generally do not charge your credit card until after your order has entered the shipping process or, for digital products, until we make the digital product available to you.

## APP PERMISSIONS

When you use apps created by Amazon, such as the Amazon App or Kindle App, you may grant certain permissions to us for your device. Most mobile devices provide you with information about these permissions. To learn more about these permissions, click here .

## SANCTIONS AND EXPORT POLICY

You may not use any Amazon Service if you are the subject of U.S. sanctions or of sanctions consistent with U.S. law imposed by the governments of the country where you are using Amazon Services. You must comply with all U.S. or other export and re-export restrictions that may apply to goods, software (including Amazon Software), technology, and services.

## OTHER BUSINESSES

Parties other than Amazon operate stores, provide services or software, or sell product lines through the Amazon Services. In addition, we provide links to the sites of affiliated companies and certain other businesses. If you purchase any of the products or services offered by these businesses or individuals, you are purchasing directly from those third parties, not from Amazon. We are not responsible for examining or evaluating, and we do not warrant, the offerings of any of these businesses or individuals (including the content of their Web sites). Amazon does not assume any responsibility or liability for the actions, product, and content of all these and any other third parties. You should carefully review their privacy statements and other conditions of use.

## DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

THE AMAZON SERVICES AND ALL INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) AND OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES ARE PROVIDED BY AMAZON ON AN "AS IS" AND "AS AVAILABLE" BASIS, UNLESS OTHERWISE SPECIFIED IN WRITING. AMAZON MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THE AMAZON SERVICES, OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES, UNLESS OTHERWISE SPECIFIED IN WRITING. YOU EXPRESSLY AGREE THAT YOUR USE OF THE AMAZON SERVICES IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY LAW, AMAZON DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. AMAZON DOES NOT WARRANT THAT THE AMAZON SERVICES, INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES, AMAZON'S SERVERS OR ELECTRONIC COMMUNICATIONS SENT FROM AMAZON ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. TO THE FULL EXTENT PERMISSIBLE BY LAW, AMAZON WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF ANY AMAZON SERVICE, OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH ANY AMAZON SERVICE, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

## DISPUTES

**Any dispute or claim relating in any way to your use of any Amazon Service, or to any products or services sold or distributed by Amazon or through Amazon.com will be resolved by binding arbitration, rather than in court**, except that you may assert claims in small claims court if your claims qualify. The Federal Arbitration Act and federal arbitration law apply to this agreement.

**There is no judge or jury in arbitration, and court review of an arbitration award is limited. However, an arbitrator can award on an individual basis the same damages and relief as a court (including injunctive and declaratory relief or statutory damages), and must follow the terms of these Conditions of Use as a court would.**

To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to our registered agent Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501. The arbitration will be conducted by the American Arbitration Association (AAA) under its rules, including the AAA's Supplementary Procedures for Consumer-Related Disputes. The AAA's rules are available at www.adr.org or by calling 1-800-778-7879. Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules. We will reimburse those fees for claims totaling less than $10,000 unless the arbitrator determines the claims are frivolous. Likewise, Amazon will not seek attorneys' fees and costs in arbitration unless the arbitrator determines the claims are frivolous. You may choose to have the arbitration conducted by telephone, based on written submissions, or in person in the county where you live or at another mutually agreed location.

**We each agree that any dispute resolution proceedings will be conducted only on an individual basis and not in a class, consolidated or representative action.** If for any reason a claim proceeds in court rather than in arbitration **we each waive any right to a jury trial**. We also both agree that you or we may bring suit in court to enjoin infringement or other misuse of intellectual property rights.

## APPLICABLE LAW

By using any Amazon Service, you agree that the Federal Arbitration Act, applicable federal law, and the laws of the state of Washington, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and Amazon.

## SITE POLICIES, MODIFICATION, AND SEVERABILITY

Please review our other policies, such as our pricing policy, posted on this site. These policies also govern your use of Amazon Services. We reserve the right to make changes to our site, policies, Service Terms, and these Conditions of Use at any time. If any of these conditions shall be deemed invalid, void, or for any reason unenforceable, that condition shall be deemed severable and shall not affect the validity and enforceability of any remaining condition.

## OUR ADDRESS

```
Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226
```
https://www.amazon.com

## ADDITIONAL AMAZON SOFTWARE TERMS

The following terms ("Software Terms") apply to any software (including any updates or upgrades to the software) and any related documentation we make available to you in connection with Amazon Services (the "Amazon Software").

1. **Use of the Amazon Software.** You may use Amazon Software solely for purposes of enabling you to use the Amazon Services as provided by Amazon, and as permitted by these Conditions of Use and any Service Terms. You may not incorporate any portion of the Amazon Software into other programs or compile any portion of it in combination with other programs, or otherwise copy (except to exercise rights granted in this section), modify, create derivative works of, distribute, assign any rights to, or license the Amazon Software in whole or in part. All software used in any Amazon Service is the property of Amazon or its software suppliers and is protected by United States and international copyright laws.

2. **Use of Third Party Services.** When you use the Amazon Software, you may also be using the services of one or more third parties, such as a wireless carrier or a mobile software provider. Your use of these third party services may be subject to the separate policies, terms of use, and fees of these third parties.

3. **No Reverse Engineering.** You may not reverse engineer, decompile or disassemble, tamper with, or bypass any security associated with the Amazon Software, whether in whole or in part.

4. **Updates.** We may offer automatic or manual updates to the Amazon Software at any time and without notice to you.

5. **Government End Users.** If you are a U.S. Government end user, we are licensing the Amazon Software to you as a "Commercial Item" as that term is defined in the U.S. Code of Federal Regulations (see 48 C.F.R. § 2.101), and the rights we grant you to the Amazon Software are the same as the rights we grant to all others under these Conditions of Use.

6. **Conflicts.** In the event of any conflict between these Conditions of Use and any other Amazon or third-party terms applicable to any portion of Amazon Software, such as open-source license terms, such other terms will control as to that portion of the Amazon Software and to the extent of the conflict.

## HOW TO SERVE A SUBPOENA OR OTHER LEGAL PROCESS

Amazon accepts service of subpoenas or other legal process only through Amazon's national registered agent, Corporation Service Company (CSC). Subpoenas or other legal process may be served by sending them to CSC at the following address:

```
Amazon.com, Inc.
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501
Attn: Legal Department - Legal Process
```

Please note also that providing detailed and accurate information at the outset will facilitate efficient processing of your request. That information will include, for example, e-mail and/or credit card number

used to make purchases for retail purchase information; the name, e-mail, and physical address of a seller for seller information; device serial number for Amazon devices; and IP address and complete time stamps.

## NOTICE AND PROCEDURE FOR MAKING CLAIMS OF INTELLECTUAL PROPERTY INFRINGEMENT

If you believe that your intellectual property rights have been infringed, please submit your complaint using our online form. This form may be used to report all types of intellectual property claims including, but not limited to, copyright, trademark, and patent claims.

We respond quickly to the concerns of rights owners about any alleged infringement, and we terminate repeat infringers in appropriate circumstances.

We offer the following alternative to our online form for copyright complaints only. You may submit written claims of copyright infringement to our Copyright Agent at:

```
Copyright Agent
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108
phone: (206) 266-4064
e-mail: copyright@amazon.com

Courier address:
Copyright Agent
Amazon.com Legal Department
2021 7th Avenue
Seattle, WA 98121
USA
```

Written claims concerning copyright infringement must include the following information:

- A physical or electronic signature of the person authorized to act on behalf of the owner of the copyright interest;
- A description of the copyrighted work that you claim has been infringed upon;
- A description of where the material that you claim is infringing is located on the site;
- Your address, telephone number, and e-mail address;
- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.



Was this information helpful?

Yes   No

🔍                                        Go

**Back to top**

**Get to Know Us**

Careers

Blog

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

**Let Us Help You**

Your Account

Your Orders

About Amazon

Investor Relations

Amazon Devices

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

AMAZON

🌐 English

🇺🇸 United States

Amazon Music
Stream millions
of songs

AmazonFresh
Groceries & More
Right To Your Door

Audible
Download
Audiobooks

East Dane
Designer Men's
Fashion

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Amazon Drive
Cloud storage
from Amazon

AmazonGlobal
Ship Orders
Internationally

AudiobookStand
Discount Audiobooks
on Disc

Fabric
Sewing, Quilting
& Knitting

Prime Photos
Unlimited Photo Storage
Free With Prime

Withoutabox
Submit to
Film Festivals

6pm
Score deals
on fashion brands

Home Services
Handpicked Pros
Happiness Guarantee

Book Depository
Books With Free
Delivery Worldwide

Goodreads
Book reviews
& recommendations

Prime Video Direct
Video Distribution
Made Easy

Woot!
Deals and
Shenanigans

AbeBooks
Books, art
& collectibles

Amazon Inspire
Digital Educational
Resources

Box Office Mojo
Find Movie
Box Office Data

IMDb
Movies, TV
& Celebrities

Shopbop
Designer
Fashion Brands

Zappos
Shoes &
Clothing

ACX
Audiobook Publishing
Made Easy

Amazon Rapids
Fun stories for
kids on the go

ComiXology
Thousands of
Digital Comics

IMDbPro
Get Info Entertainment
Professionals Need

TenMarks.com
Math Activities
for Kids & Schools

Souq.com
Shop Online in
the Middle East

Alexa
Actionable Analytics
for the Web

Amazon Restaurants
Food delivery from
local restaurants

CreateSpace
Indie Print Publishing
Made Easy

Junglee.com
Shop Online
in India

Amazon Warehouse
Great Deals on
Quality Used Products

Subscribe with Amazon
Discover & try
subscription services

Amazon Business
Everything For
Your Business

Amazon Web Services
Scalable Cloud
Computing Services

DPReview
Digital
Photography

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Whole Foods Market
America's Healthiest
Grocery Store

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates

· · · · · · ·

EXHIBIT  4

**AMERICAN ARBITRATION ASSOCIATION**
**Commercial Arbitration Tribunal**

In the Matter of the Arbitration between

Case Number: 01-17-0005-3165

AMAZON.COM, Inc.

-vs-

THOMAS GLENN, aka THOMAS CASTILLO, aka THOMAS GLENN CASTILLO
**AWARD OF ARBITRATOR**

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between the above-named parties by virtue of the Amazon.com conditions of use, the Kindle Direct Publishing Terms and Conditions, and Respondent's use of Amazon services at least as early as October 4, 2013, and having been duly sworn, and having duly heard the proofs and allegations of the Claimant on July 24, 2018, and the Respondent having failed to appear after due notice by mail in accordance with the Rules of the American Arbitration Association, hereby AWARD as follows:

1. Amazon.com, Inc. is awarded and Respondent Thomas Glenn shall pay Amazon.com, Inc. $75,000 representing Lanham Act damages and damages under the Washington Consumer Protection Act, RCW 19.86.

2. Respondent, his officers, agents, representatives, servants, employees, attorneys, successors and assigns are enjoined from:

    (a) Opening any Amazon account;
    (b) Selling products on any of Amazon's websites;
    (c) Accessing Amazon's services or systems in any way, including by ordering or downloading digital content or submitting reviews;
    (d) Interfering with any Amazon account holder's agreements with Amazon; and
    (e) Assisting, aiding or abetting any other person or business entity in engaging or performing any of the activities referred to in subparagraphs (a) – (d).

3. Amazon.com, Inc. is awarded and Respondent shall pay Amazon.com, Inc. its reasonable attorney fees of $7500. under the Washington Consumer Protection Act.

The administrative fees and expenses of the American Arbitration Association totaling $5750 shall be borne by Respondent Thomas Glenn, and the compensation and expenses of the arbitrator totaling $1050 shall be borne by Respondent Thomas Glenn. Therefore, Thomas Glenn shall reimburse Amazon.com, Inc. the additional sum of $6800 representing that portion of said fees and expenses in excess of the apportioned costs previously paid by Amazon.com, Inc.

The above sums are to be paid on or before thirty (30) days from the date of this Award.

This Award is in full settlement of all claims submitted to this Arbitration.  All claims not expressly granted herein are hereby denied.

July 27, 2018
Date

KATHERINE HENDRICKS

EXHIBIT  5

 (index.html)



# NOW OFFERING

# SERVICES FOR

# PAID BOOKS

We are now offering advertising for paid books as well. Expose your paid book to hundreds of thousands! If this interests you, please get in touch with us!

Find Out More (plan.html)

Explode Your

## book RANKING within

## IN 24-48 HOURS

# or your MONEY BACK!

There are



# 800,000 eBooks

already uploaded, with a new book added every

5 minutes...

You may have a

# Great Book...

... but asking customers to find it online, is like finding a needle in a haystack.



## WE CAN TAKE
any ebook or set of books...

## ...EXPOSE IT TO A
network of 700,000 new readers
within 24 - 48 hours...

## ...and potentially create
hundreds of thousands of new
customers for your book(s)!



# WE CAN TAKE
### any ebook or set of books...



# ...EXPOSE IT TO A
### network of 700,000 new readers
### within 24 - 48 hours...







We turn your free promotion into a huge success within

24-48 Hours

# Guaranteed!

# Dear Frustrated author,

I've designed this service from the ground up to help your book make more profits and more consistent profit. Are you tired of having an ebook on Amazon that collects dusts instead of royalties..? Let us handle your book promotion frustrations and watch as we quickly pull your book from the bottom of the ranks and boost it to the top of the seller charts!

# Your book isn't selling because NOBODY's Seeing it !

By integrating our private network of hundreds of thousands of hungry readers, and promoting your books to this hungry audience, we can send you thousands of free downloads and create a viral spark that will turn into a hungry flame of rapid sales - all within hours!!

We now offer this service not only for free book downloads, but for paid downloads as well! You can be on top of both the paid and free charts within days of ordering this ground-breaking service!

We offer one of the ONLY services in the industry that will: Create sales weeks and even months after the promotion. Create a loyal reader base who will buy your full priced books after reading your book while on free promoting--. All while remaining 100% Compliant with Amazon and KDP's regulations by utilizing their free promotion services. We have been using our network to create an empire of ebook bestsellers... (Over 100 Books of our own now!) and we're ready to offer the same service we've been using to produce best seller after best seller. Our networks are comprised of almost 700,000 active ebook readers. We Guarantee over 10,000 free downloads to your next promotion-- Starting as soon as tomorrow.

# Let's cut to the chase.

You know as well as I do that the biggest hurdle preventing you from striking gold with kindle is lack of eyeballs to your book(s)

You know that if you could just get your book into the bestseller charts and people were seeing it, downloading it and buying it, It would be more than enough to set your sales on fire and make you a best seller.

Freebookservices © 2015 · Privacy · Terms · Cookies

- Buy Now (plan.html)
- Contact Us (contactus.html)
- FAQ (faq.html)
- Choose Your Package (plan.html)